UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOOD S. PIROOZ,<br><br>    Plaintiff,<br><br>  v.<br><br>US BANK, NA,<br><br>    Defendant. | Case No. 13-04037-JCS<br><br>**AMENDED ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DISMISSING COMPLAINT WITH LEAVE TO AMEND**<br>**[Docket No. 2]** |

On July 25, 2013, Mahmood S. Pirooz ("Plaintiff") filed a complaint and a motion to proceed in forma pauperis ("Motion") in this action. The Court has reviewed the Motion and finds that Plaintiff is indigent. Accordingly, the Motion is GRANTED. *See* 28 U.S.C. § 1915(a) (permitting court to authorize a party to proceed in a federal action without prepayment of fees if the party submits an affidavit showing that he is unable to pay such fees).

Having granted Plaintiff's Motion, the Court has reviewed of the complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court concludes that the complaint must be dismissed because it fails to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

Plaintiff alleges that he hired Exceller Mortgage Group ("Exceller") in mid-2009 for assistance in seeking a mortgage loan modification from Defendant US Bank, NA ("Defendant"). Complaint, 4, Ex. B at 2. After three months, Exceller told Plaintiff that it would be beneficial to the modification process if he fell behind two or three payments. *Id*. Three months later, having withheld payments but not received an answer through Exceller, Plaintiff contacted US Bank directly and found out that he was on the borderline between modification and foreclosure. *Id*. at Ex. B at 2. Plaintiff attaches correspondence from Defendant which states that (1) Plaintiff received a loan modification in December 2007; (2) on March 24, 2009 Choice Loan Consulting

1 submitted a request for a loan modification on Plaintiff's behalf which Defendant denied based on
2 insufficient income in a letter sent on May 12, 2009; (3) Plaintiff did not make the June 1, 2009
3 payment; (4) a subsequent loan modification request received on June 10, 2009 was denied on
4 June 24, 2009 for insufficient income; (5) Defendant received additional income documentation
5 on September 3, 2009 and Defendant requested additional information on October 15, 2009 and
6 again on November 21, 2009. *Id*. at Ex. B at 6-9. At some point thereafter Defendant foreclosed
7 on the property. *Id*. at 4. Plaintiff signed a Surrender of Possession Agreement February 11,
8 2010, wherein he agreed to vacate the property and release Defendant from any causes of action
9 he had in connection with the property and Defendant's acquisition of title to and possession of
10 the property in exchange for a payment of $3,000. *Id*. at Ex. E at 1-3.[1]

Plaintiff has not pled facts demonstrating any basis for an enforceable right in a loan modification, nor has Plaintiff pled facts showing that any causes of action arising out of the loan modification negotiations would not be barred by the release. The Complaint is dismissed with leave to amend. Plaintiff will be given thirty (30) days to file an amended complaint stating a claim on which relief can be granted. The Clerk is directed to close the file if no amended complaint is timely filed.

IT IS SO ORDERED.

Dated: September 13, 2013

_____
Joseph C. Spero
United States Magistrate Judge

---

[1] The release reads: "Occupant forever releases and discharges U.S. Bank and its past, present and future affiliates, parent companies, subsidiaries, successors, heirs, assignees, employees, officers, directors, agents, and attorney, jointly and severally, from any liability for any and all liens, claims, demands, controversies, cause of action, obligations, liabilities, losses, injuries, costs, expenses, attorney's fees and damges of any nature whatsoever that may be suffered by Occupant in connection with the Property, U.S. Bank's acquisition of title to and possession of the Property, and/or this Agreement, whether known or unknown, latent or patent, fixed or contingent, foreseen or unforeseen, or hereafter discovered, and Occupant hereby waives any cliam it may have against U.S. Bank with respect hereto."